ORDERED in the Southern District of Florida on **NOV 29 2011**



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:                                      CASE NO.: 10-31166-JKO

DANIELLE SUZANNE LOPATA                     CHAPTER 7

       Debtor.
_____/

GBP REALTY ASSOCIATES, INC.,                ADV. NO.: 11-01665-JKO ✓

Plaintiff,

vs.

DANIELLE SUZANNE LOPATA,

Defendant.
_____/

### FINAL JUDGMENT IN FAVOR OF PLAINTIFF

THIS CAUSE came before the Court for trial on September 21, 2011, pursuant to the Complaint Objecting to Discharge (D.E. 1) filed by Plaintiff, GBP REALTY

ASSOCIATES, INC. For the reasons stated in the Court's Findings of Fact and Conclusions of Law (D.E. 37), the Court sustains both objections to the Debtor/Defendant, DANIELLE SUZANNE LOPATA'S Discharge raised by the Plaintiff.

Accordingly, it is hereby ORDERED and ADJUDGED that Debtor/Defendant's Discharge is DENIED pursuant to 11 U.S.C. §727(a)(3) and (a)(4)(A). The Court hereby reserves jurisdiction to determine an amount of attorneys' fees and costs awardable to Plaintiff to the extent a motion seeking such relief is filed no later than December 6, 2011.

###

Submitted by:
Steve M. Bimston, Esq.
Rosenthal Rosenthal Rasco Kaplan, LLC
20900 NE 30th Avenue, Suite 600
Aventura, FL 33180
(305) 937-0300
smb@rrrklaw.com

Attorney Steve Bimston is directed to serve conformed copies of this Judgment on all interested parties and file a certificate of service.